A05A2064. PILCHER v. STRIBLING et al.
(659 SE2d 902)

ADAMS, Judge.

In *Pilcher v. Stribling*, 278 Ga. App. 889 (630 SE2d 94) (2006), we affirmed the trial court's grant of a permanent restraining order against Pilcher in favor of all but one of the named protected parties under Georgia's anti-stalking statute, OCGA § 16-5-90 (a) (1). In *Pilcher v. Stribling*, 282 Ga. 166 (647 SE2d 8) (2007), the Supreme Court of Georgia reversed our decision and held that Pilcher's conduct does not fall within the statutory definition of stalking under that statute. Accordingly, our opinion is vacated, the judgment of the Supreme Court is made the judgment of this court, and the judgment of the trial court is reversed.

*Judgment reversed. Smith, P. J., and Ellington, J., concur.*

DECIDED MARCH 26, 2008.

*Edwin Marger, Michael J. Puglise*, for appellant.

*Preston & Malcolm, Paul L. Rosenthal*, for appellees.